No. 00–10259. KRAUSE v. NEMENZ ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–10261. LAWS v. RATELLE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–10262. BRASWELL v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.